NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA CLOER, M.D.,**
*Petitioner-Appellant,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2009-5052

---

Appeal from the United States Court of Federal Claims in 05-VV-1002, Judge Lawrence J. Block.

---

**ON MOTION**

---

**O R D E R**

Appellant moves unopposed for oral argument before the court *en banc*.

Upon consideration thereof:

IT IS ORDERED THAT:

The motion is granted. Oral argument for this appeal is scheduled for May 10, 2011, at 10:00 a.m. in courtroom 201, before the court *en banc*. This appeal will have 30

minutes per side for a total argument time of 1 hour.  The parties shall notify the clerk in writing of the name of the counsel who will present oral argument no later than April 25, 2011.

FOR THE COURT

April 13, 2011                          /s/ Jan Horbaly
      Date                              Jan Horbaly
                                        Clerk

cc:  Mari C. Bush, Esq.
     Anisha S. Dasgupta, Esq.
     Kevin P. Conway, Esq.
     Thomas Neville, Esq.
     Martin James Martinez, Esq.
     Clifford J. Shoemaker, Esq.